UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC AND NICOLE STUMPF** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-5210 c/w 06-7667** |
| **STATE FARM FIRE AND CASUALTY COMPANY, AMY FALCON AND ABC INSURANCE COMPANY** | **SECTION: "C" (5)** |

## ORDER

Before the Court is a Motion to Dismiss filed by defendants, Amy Falcon ("Falcon") and State Farm Fire and Casualty Company ("State Farm" collectively "defendants") in which they seek dismissal of the plaintiffs' claims against Falcon and their vicarious liability claims against State Farm (Rec. Doc. 12). The plaintiffs, Eric and Nicole Stumpf (collectively, "plaintiffs"), have indicated that they do not oppose the motion. Having considered the defendants' memorandum, the record and the applicable law, the Court finds that the motion is well supported.

Accordingly,

IT IS ORDERED that the defendants' Motion to Dismiss is hereby **GRANTED**.

IT IS FURTHER ORDERED that the plaintiffs' claims against Falcon and their vicarious liability claims against State Farm are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 20th day of August, 2007.

                                    _____
                                    HELEN G. BERRIGAN
                                    UNITED STATES DISTRICT JUDGE